OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

ZIP 78701 $ 000.26⁵
02 1W
0001401623 MAY. 08. 2015

WR-83,187-01

5/6/2015
STEWART, HERSHELL L.    Tr. Ct. No. W12-57547-Y (A)
This is to advise that your application for writ of habeas corpus has been dismissed.
Conviction not final; mandate not issued at time application filed in trial court.
Ex parte Johnson, 12 S.W.3d 472 (Tex. Crim. App. 2000).

Abel Acosta, Clerk

HERSHELL L. STEWART

RETURN TO SENDER
DALLAS COUNTY JAIL